## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## _____ DIVISION

Shawn Williams, 100045 )
)
_____ )
)
_____ )
(Enter above the full name of the )
Plaintiff(s) in this action. Include prison )
registration number(s).) )
)
v. )
Bobby Garrett _____ ) Case No. _____
) (To be assigned by Clerk)
City of St Louis Metropolitan Police Dept ) (Jury Demanded)
)
Board of Police Commissioners )
)
_____ )
)
_____ )
(Enter above the full name of ALL Defend- )
ant(s) in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of all the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

### PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

I. PLACE OF PRESENT CONFINEMENT:

City of St Louis J. Center 200 S Tucker St Louis mo 63102

II. PREVIOUS CIVIL ACTIONS:

A. Have you brought any other civil actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your confinement?

YES [ ]     NO [✓]

B. If your answer to "A" is YES, describe the action(s) in the space below. If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

1. Parties to previous civil action:

   Plaintiff(s): _____NA_____

   _____NA_____

   Defendant(s): _____NA_____

   _____NA_____

2. Court where filed: _____NA_____

3. Docket or case number: _____NA_____

4. Name of Judge: _____NA_____

5. Basic claim made: _____NA_____

   _____NA_____

   _____NA_____

6. Present disposition (Is the case still pending? Is it closed? If closed, was it appealed?):

   _____NA_____

III. GRIEVANCE PROCEDURES:

A. Is there a prisoner grievance procedure at the institution in which you are incarcerated?

   YES [✓]          NO [ ]

B. Have you presented this grievance system the facts which are at issue in this complaint?

   YES [ ]          NO [✓]

C. If your answer to "B" is YES, what steps did you take: __None__

__NA__

__NA__

D. If your answer to "B" is NO, explain why you have not used the grievance system: __Cause of Circumstances The Grievance Protocol Wasn't Designed for False Imprisonment.__

IV. PARTIES TO THIS ACTION:

A. Plaintiff(s)

1. Name of Plaintiff: __Shawn Williams__
2. Plaintiff's address: __St Louis J. Center 200 S Tucker St Louis mo 63102__
3. Registration number: __100045__
4. Additional Plaintiff(s) and address(es): __None__

__NA__

__NA__

B. Defendant(s)

1. Name of Defendant: __Bobby Garrett__
2. Defendant's address: __Not Known__
3. Defendant's employer and job title: __City of St Louis Metropolitan Police Det. Crime Suppression Unit__
4. Additional Defendant(s) and address(es): __City of St Louis Metro- Politan Board of Police Commissioners. St Louis - Metropolitan Police Department Asst Hammond Unit 1200 Clark Ave St Louis mo 63103__

-3-

V. COUNSEL

    A. Do you have an attorney to represent you in this action?

        YES [ ]         NO [✓]

    B. If your answer to "A" is NO, have you made an effort to contact an attorney to represent you in this matter?

        YES [ ]         NO [✓]

    C. If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you contacted and the results of those efforts:

        NA

        NA

        NA

    D. If your answer to "B" is NO, explain why you have not made such efforts:

        Cause I Dont No where to look for a Civil Lawyer But I ont fly finders to take my Case PRo Bono

    E. Have you previously been represented by counsel in a civil action in this Court?

        YES [ ]         NO [✓]

    F. If your answer to "E" is YES, state the attorney's name and address:

        NA

        NA

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

SHAWN WILLIAMS, )
)
           Plaintiff, )
)
vs. BOBBY GARRETT, CITY of ST. LOUIS ) Cause No. _____
METROPOLITAN POLICE DEPT dba )
BOARD of POLICE COMMISSIONERS ) Division No. _____
           Defendant. )

## COMPLAINT

COMES NOW the complainant who being duly sworn according to law deposes and charges:

## COUNT 01:

That BOBBY GARRETT in violation of V.A.M.S. § 575.020.1(2) committed the class D felony of Attempt to Conceal a Felony. Punishable upon conviction under V.A.M.S § 558.011.1(4). On about May 21, 2007 in the City of St. Louis, State of Missouri in the 4200 block of Evans a warrantless arrest was made upon Shawn Williams by Detective Bobby Garrett and Detective Carr. At this time $3000.00 dollars was confiscated from Mr. Williams. Mr. Williams was then taken to 8th N. Patrol where false charges were initiated against him. Police Report CN 07-0 37450 a fraudulent official document was filed by Det. Bobby Garrett. Shawn Williams was then threatened and handcuffed, then to be driven by Det. Garrett and Det. Carr to the resident located at 1500 Crossett, St. Louis, MO 63147 where the home was searched in front of minor

children, in an attempt to locate more money. The detectives threatened imminent use of unlawful physical force upon Shawn Williams, as they substantially interfered with his liberty. The detectives attempted to dissuade Mr. Williams in making a report of victimization by law enforcement officers to a prosecuting agency. On <u>September 30, 2008</u> the <u>Asset Removal Unit</u> had forfeited proceedings related to the seizure of Mr. Williams U.S. currency seized by Det. Bobby Garrett and Det. Carr under case no: <u>PD-07X0282</u>. The amount of return was only <u>$452.00</u>, far lesser than the <u>$3000.00</u> dollars taken from Mr. Shawn Williams. Mr. Williams was robbed by servants of the Public Det. Carr, Det. Bobby Garrett and <u>The St. Louis Metropolitan Police Dept.</u>

## COUNT 02:

That <u>BOBBY GARRETT</u> in violation of <u>V.A.M.S. § 575.080.1(3)</u> committed the class B misdemeanor of Filing a <u>False Report</u> punishable upon conviction under <u>V.A.M.S. § 558.011.1(6)</u>, in that on <u>May 24, 2007</u> in the <u>City of St. Louis, State of Missouri</u> during a warrantless arrest of Shawn Williams gave false information upon a public record which then became an illegal document.

## COUNT 03:

That <u>BOBBY GARRETT</u> in violation of <u>V.A.M.S. § 575.060.1(1)</u> committed the class B misdemeanor of Filing a <u>False Declaration</u> punishable upon conviction under <u>V.A.M.S. § 558.011.1(6)</u> in that on <u>May 24, 2007</u> in the <u>City of St. Louis, STATE of Missouri</u> gave false information

upon a public record to mislead the prosecuting agency. This illegal act brought about false charges upon Shawn Williams.

COUNT 04:

That BOBBY GARRETT in violation of V.A.M.S. § 575.110.1(1) committed the class A Misdemeanor of Tampering With a Public Record punishable upon conviction under V.A.M.S. § 558.011.1(5), in that on May 24, 2007 in the City of St. Louis, State of Missouri, after initiating a warrantless arrest and robbing Shawn Williams, made false entries on a public document knowingly and willingly with intent to falsify.

COUNT 05:

That BOBBY GARRETT in violation of V.A.M.S. § 575.320.1(2)(5)(a)(b)(c)(d) committed the class A Misdemeanor of Misconduct in Administration of Justice punishable upon conviction under V.A.M.S. § 558.011.1(5) that on May 24, 2007 in the City of St. Louis, State of Missouri, took U.S. currency from Shawn Williams, refuse to release him from custody and refuse to let him consult with counsel. Det. Bobby Garrett transferred Mr. Williams to another jurisdiction under false charges. These actions were done to conceal his illegal acts.

COUNT 06:

That **BOBBY GARRETT** in violation of **V.A.M.S. § 570.030 1.(1)(W)5.** committed the class C felony of **Stealing**, punishable upon conviction under **V.A.M.S. § 558.011(3)**, that on about May 24, 2007, at the 8th N. Patrol in the **City of St. Louis, State of Missouri**, a law enforcement officer with the St. Louis Metropolitan Police Department seized **$3,000** in United States Currency from Shawn Williams. The money was "wrongfully taken" with the purpose to deprive Mr. Williams of his property by means of deceit. The money was derived from felony criminal activity by law enforcement officer Bobby Garrett.

COUNT 07:

That **BOBBY GARRETT** in violation of **V.A.M.S. § 569.030. 1.** committed the class B felony of **Robbery in the Second Degree**, punishable upon conviction under **V.A.M.S. § 558.011.1(2)**, that a law enforcement officer, Bobby Garrett on May 24, 2007, in the **City of St. Louis, State of Missouri**, "forcibly stole" $3,000 in United States currency from Shawn Williams. Thereby committed robbery, when, in the course of stealing as the detective threaten to use physical force. The illegal act was done in front of surveillance cameras.

COUNT 8:

That **The St. Louis Metropolitan Police Dept.** and **The Board of Police Commissioners** are guilty of an offense under **V.A.M.S. § 562.056.1(2)(3). Liability of Corporation.** that on **May 24, 2007** in the **City of St. Louis, State of Missouri**, that an agent(s) of the corporation acted purposely and knowingly while acting within the scope of their employment and in behalf of the corporation violated: **V.A.M.S. § 575.020.1(2), § 575.080.1(3), § 575.060.1(1), § 575.110.1(1), § 575.320.1(2)(5)(a)(b)(c)(d), § 570.030.1(1)(N)5, § 569.030.1.**

COUNT 9:

That **The St. Louis Metropolitan Police Dept.** and **The Board of Police Commissioners** are guilty of an offense under **V.A.M.S. § 562.036 Accountability for Conduct** that on **May 24, 2007** in the **City of St. Louis, State of Missouri**, that agent(s) of the corporation acted purposely and knowingly while acting within the scope of their employment and in behalf of the corporation violated: **V.A.M.S. § 575.020.1(2), § 575.080.1(3), § 575.060.1(1), § 575.110.1(1), § 575.320.1(2)(5)(a)(b)(c)(d), § 570.030.1(1)(N)5, § 569.030.1.**

COUNT 10:

That **The St. Louis Metropolitan Police Dept.** and **The**

<u>Board of Police Commissioners</u>, is guilty of an offense under V.A.M.S. § 562.041 <u>Responsibility for the Conduct of Another</u> that on <u>May 24, 2007</u> in the <u>City of St. Louis, State of Missouri</u>, that agent(s) of the corporation acted purposely and knowingly while acting within the scope of their employment and in behalf of the corporation violated: <u>V.A.M.S. § 575.020.1(2), §575.080.1(3), §575.060.1(1), §575.110.1(1), §575.320.1(2)(5)(a)(b)(c)(d), §570.030.1(1)(N)5., §569.030.1.</u>

## DEFENDANTS IDENTIFIED:

NAME(S) Bobby Garrett, Det.

St. Louis Metropolitan Police Dept.
Asset Removal Unit
1200 Clark Ave.
St. Louis, Mo. 63103

Board of Police Commissioners

VII.  RELIEF

State briefly and exactly what you want the Court to do for you. Do not make legal arguments. (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

*To be released from this unlawful detention immediately To be re-instated on this parole violation.*

VIII.  MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES ☑   NO ☐

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

*I've suffered emotional and financial harm as a result to this incident and restitution in the amount of $2 million dollars would be appropriate.*

IX.  Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [✓]   NO [ ]

_____
Signature of attorney or pro se Plaintiff(s)

12-14-08
Date

-6-

SUBSEQUENT FILINGS

### Certificate of Service
To file a motion, pleading or other paper, you must submit the original document to the Court Clerk. The original document must include a certificate of service which should be in the following form:

---

**Certificate of Service**

I hereby certify that a copy of the foregoing was mailed to _Clerk of Ct., U.S. Dist. Ct., Eastern_ at _111 S. 10th St. 3.300, St Louis Mo_.
    [Opposing Party or Counsel]                      [Address]
on _Dec 14_, 20_08_.                      _[signature]_
    [Date]                                     [Your Signature]

---

Any pleading or document received by the court that fails to include a certificate of service may be returned. In addition to filing the original document with the court, you must mail a copy of each document to all other parties, or if they have counsel, to their attorney(s).

### Motions Filed By Other Parties
If you do not timely respond to a motion filed by another party, you may waive your right to challenge the subject matter of the motion. Applicable time periods are set forth in the Federal Rules of Civil Procedure and the Court's Local Rules.

### Letters to the Court
It is improper to send letters directly to district or magistrate judges regarding cases pending before them. All correspondence should be forwarded to the Clerk of Court. Copies of correspondence should also be sent to all other parties, or if they have counsel, to their attorney(s).

MAILING

All correspondence, fees, legal documents, etc. should be mailed to the following address:

    Clerk of Court
    United States District Court
    Eastern District of Missouri
    111 S. Tenth Street, Suite 3.300
    St. Louis, MO  63102

5