United States District Court
Eastern District of Missouri
111 S. 10th St, St Louis mo 63102

RECEIVED BY MAIL
JAN 07 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

Jan 3, 09

Jane Woodward

Sir I am writing in regards to my lawsuit I filed Nov 17-08 in Eastern Dis Court. I am letting u know my new address and convict #

My name is Shawn Williams 176269

I am being hosed on parole violation on complaint I filed on Nov 17-08 at:

ERDCC
2727 Highway K
Bonne Terre mo 63628

And Sir I Dont Have acess too The Law Library Here: make Note of That:

Thank Mrs Jane Woodward
Sir Clerk of Courts.

Sincerely Shawn Williams 176269
ERDCC
2727 Highway K
Bonne Terre mo 63628

PS. Copyed for my files

I was at The St.L. J. Center
200 S. Tucker St Louis mo 63102
Shawn Williams 100045 H.U. 4-A-15
But I am now currently Being
Held at The ERDCC 2727 Highway K
Bonne Terre mo 63628
Shawn Williams 176269 H.U. 2D-D H.U. 7

