RECEIVED BY MAIL
DEC 29 2008
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

James G Woodward
Clerk of Court:
111 S. Tenth Street
St Louis mo 63102    4:08cv1987ERW

MR. James G Woodward

Sir:
My name is Shawn Williams 600045
St.L.D. Center 200 S. Tucker St. mo 63102
I don't have a lawyer to know doe I wrote another Lawyer about my Civil Suit
His name is:
Joel J. Schwartz
120 S Central Suite 130
St L mo 63105

Thank u for your time
Shawn Williams #600045

